UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____x

ARTURO BECMARTZ,

                        Plaintiff,

   -against-                                       12 CV 4737 (ADS)(GRB)

INTEGRATED MEDICAL PROFESSIONALS,
PLLC, PRESTIGE EMPLOYEE ADMINISTRATORS,    **STIPULATION OF**
INC., and JEFFREY WEISS, M.D., individually and    **DISMISSAL**
as principal of Integrated Medical Professionals, PLLC,

                        Defendants.
_____x

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for the parties hereto, that this action be dismissed with prejudice and without costs to either party.

Dated: April 11, 2013

Roy A. Klein (per Plaintiff's Counsel authorization)
Attorney for Plaintiff
532 Broad Hollow Road
Melville, New York 11747
(631) 777-1313

Franklin Gringer & Cohen, P.C.
BY: _____
Joshua Marcus
Attorneys for Defendants
666 Old Country Road
Garden City, New York 11530
(516) 228-3131

SO ORDERED:

_____