UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
——————————————————————x

ARTURO BECMARTZ,

                              Plaintiff,

-against-

INTEGRATED MEDICAL PROFESSIONALS,
PLLC, PRESTIGE EMPLOYEE ADMINISTRATORS,
INC., and JEFFREY WEISS, M.D., individually and
as principal of Integrated Medical Professionals, PLLC,

                              Defendants.
——————————————————————x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 29 2013 ★

LONG ISLAND OFFICE

12 CV 4737 (ADS)(GRB)

**STIPULATION OF DISMISSAL**

       **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for the parties hereto, that this action be dismissed with prejudice and without costs to either party.

Dated: April 11, 2013

Roy A. Klein (Per Plaintiff's Counsel authorization)
Attorney for Plaintiff
532 Broad Hollow Road
Melville, New York 11747
(631) 777-1313

CASE CLOSED
SO ORDERED:
/s/ Arthur D. Spatt
ARTHUR D. SPATT, U.S.D.J.
4/23/13

Franklin Gringer & Cohen, P.C.
BY: _____
Joshua Marcus
Attorneys for Defendants
666 Old Country Road
Garden City, New York 11530
(516) 228-3131